IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AVIATION SOFTWARE, INC., and<br>AIRFRAME SYSTEMS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 10-393C |
| UNITED STATES OF AMERICA, | ) ) | Judge Francis M. Allegra |
| Defendant. | ) ) ) | |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of Susan L. C. Mitchell as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

    Susan L. C. Mitchell
    Attorney
    Commercial Litigation Branch
    Civil Division
    Department of Justice
    Washington, D. C.  20530
    Tel:  (202) 616-8116
    Fax:  (202) 307-0345

    Respectfully submitted,

    TONY WEST
    Assistant Attorney General

    JOHN FARGO
    Director

Date:  August 6, 2010

    SUSAN L. C. MITCHELL
    Attorney
    Commercial Litigation Branch
    Civil Division
    Department of Justice
    Washington, D. C.  20530