# In The United States Court of Federal Claims

No. 10-393C

(Filed: November 3, 2010)
_____

AVIATION SOFTWARE, INC. and
AIRFRAME SYSTEMS, INC.,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

    On October 29, 2010, defendant filed a motion to notice L-3 Communications Corporation (L-3) as a third party who has an interest in this action. Defendant's motion is hereby **GRANTED**.

    Pursuant to RCFC Rule 14(b)(4), the Clerk is directed to issue a notice to defendant, who will then serve notice on L-3. Within 42 days of receiving service of the notice, L-3 must file its pleadings, if it chooses to do so. *See* RCFC Rule 14(c)(2).

    **IT IS SO ORDERED.**

                                                s/Francis M. Allegra
                                                Francis M. Allegra
                                                Judge