# In The United States Court of Federal Claims

No. 10-393C

(Filed: November 23, 2010)

_____

AVIATION SOFTWARE, INC. and
AIRFRAME SYSTEMS, INC.,

                Plaintiffs,

        v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On November 22, 2010, plaintiffs filed an unopposed motion for a forty-five day extension of time to file an opposition to defendant's motion to dismiss. Plaintiffs' motion is hereby **GRANTED**. Accordingly:

1.     On or before January 13, 2011, plaintiffs shall file their response to defendant's motion to dismiss; and

2.     On or before January 27, 2011, defendant shall file its reply.

**IT IS SO ORDERED.**

                                                      s/Francis M. Allegra
                                                      Francis M. Allegra
                                                      Judge