# In The United States Court of Federal Claims

No. 10-393C

(Filed: January 4, 2011)

_____

AVIATION SOFTWARE, INC. and
AIRFRAME SYSTEMS, INC.,

                Plaintiffs,

        v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On October 29, 2010, defendant filed a motion to dismiss. On November 4, 2010, third party L-3 Communications was given notice of this proceeding under RCFC 14(b). On December 29, 2010, L-3 filed its answer to the complaint pursuant to RCFC 14(c). If L-3 intends to participate in the pending motion to dismiss, it shall file its brief in accordance with the deadlines established for defendant in this court's order of November 23, 2010 (which makes defendant's reply brief due on or before January 27, 2011).

    **IT IS SO ORDERED.**

                                          s/Francis M. Allegra
                                          Francis M. Allegra
                                          Judge