# In The United States Court of Federal Claims

No. 10-393C

(Filed: January 7, 2011)

_____

AVIATION SOFTWARE, INC. and
AIRFRAME SYSTEMS, INC.,

                Plaintiffs,

            v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On January 6, 2011, plaintiffs filed an unopposed motion for a fifteen-day extension of time to file an opposition to defendant's motion to dismiss. Plaintiffs' motion is hereby **GRANTED**. Accordingly:

1. On or before January 28, 2011, plaintiffs shall file their response to defendant's motion to dismiss; and

2. On or before February 11, 2011, defendant and third-party defendant shall file their reply.

**IT IS SO ORDERED.**

                                            s/Francis M. Allegra
                                            Francis M. Allegra
                                            Judge