# In The United States Court of Federal Claims

No. 10-393C

(Filed: April 8, 2011)
_____

AVIATION SOFTWARE, INC. and
AIRFRAME SYSTEMS, INC.,

                Plaintiffs,

         v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**
_____

      Oral argument on defendant's motion to dismiss will be held in this case on Wednesday, June 8, 2011, at 2:00 p.m. (EDT), at the United States Court of Federal Claims, 717 Madison Place, Washington, DC 20005.  The courtroom location will be posted in the lobby on the day of the oral argument.

      **IT IS SO ORDERED.**

                                                      s/Francis M. Allegra
                                                      Francis M. Allegra
                                                      Judge