# In The United States Court of Federal Claims

No. 10-393C

(Filed: May 25, 2011)

_____

AVIATION SOFTWARE, INC. and
AIRFRAME SYSTEMS, INC.,

        Plaintiffs,

   v.

THE UNITED STATES,

        Defendant,

   and

L-3 COMMUNICATIONS CORPORATION,

        Third-Party Defendant.

_____

**ORDER**
_____

      The oral argument on defendant's motion to dismiss that was originally scheduled for June 8, 2011, has been rescheduled to Friday, July 8, 2011, at 2:00 p.m. (EDT), at the United States Court of Federal Claims, 717 Madison Place, Washington, DC 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

    **IT IS SO ORDERED.**

                                     s/Francis M. Allegra
                                     Francis M. Allegra
                                     Judge